# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALEXANDRIA COLLINS, | |
| Plaintiff, | 2:13-cv-01674-JCM-VCF |
| vs. | **ORDER** |
| LANDRY'S, INC., | |
| Defendant. | |

Before the Court is counsel for plaintiff Alexzandria Collins' affidavit of counsel regarding fees and costs incurred by filing plaintiff's motion to compel discovery responses from defendant. (#25). On June 17, 2014, the court granted Collins' motion to compel (#19), ordering Collins to file an affidavit detailing the costs incurred in connection with her motion to compel no later than July 2, 2014, and permitting Landry's, Inc. to file its response to Collins' affidavit by July 8, 2014. *Id.* On June 25, 2014, Collins filed the affidavit of counsel regarding fees and costs incurred by filing plaintiff's motion to compel discovery responses from defendant. (#25). On July 8, 2014, Defendant Landry's, Inc. filed its notice of non-objection to affidavit of counsel regarding fees and costs incurred by filing plaintiff's motion to compel discovery responses from defendant. (#26).

**Analysis**

In the non-objection to plaintiff's counsel's affidavit, Landry's, Inc. states that it does not object to Collins' counsel, Joseph A. Gutierrez's, fees and states that the requested fee amount is reasonable. *Id.*

The Court has reviewed Mr. Gutierrez's Affidavit of Counsel Regarding Fees and Costs (#25) and finds that the requested attorney fee of $1,425.00 (3.8 hours at a rate of $375 per hour) is reasonable.

Accordingly,

IT IS HEREBY ORDERED that Collins' is awarded $1,425.00 in attorneys' fees and costs.

DATED this 29th day of July, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE