AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Alexzandria Collins

　　　　　　　　Plaintiff,

V.

Landry's, Inc.

　　　　　　　　Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-01674-JCM-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

　IT IS ORDERED AND ADJUDGED

that Plaintiff Alexzandria Collins is awarded $1,425.00 in attorneys' fees and costs.

July 29, 2014                                   /s/ Lance S. Wilson

Date                                                    Clerk

　　　　　　　　　　　　　　　　　　　　　　/s/ Shelly Denson

　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk