VERONICA ARECHEDERRA HALL, Esq.
Nevada Bar No. 5855
E-Mail: Veronica.Hall@lewisbrisbois.com
CAYLA WITTY
Nevada Bar No. 12897
E-mail: cayla.witty@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Landry's, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXZANDRIA COLLINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LANDRY'S, INC. A Delaware Corporation; and ROE Business Entities I-X, inclusive<br><br>Defendant. | CASE NO. 2:13-cv-01674-RFB-VCF<br><br>**REQUEST FOR LEAVE TO WITHDRAW ATTORNEY KRISTOL BRADLEY GINAPP** |

Defendant LANDRY'S, INC ("Defendant"), by and through its attorney of record of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby requests leave of the Court to remove Kristol Bradley Ginapp as counsel of record from the above captioned case and the Court's docket. Kristol Bradley Ginapp, Esq. is no longer an employee of Lewis Brisbois Bisgaard & Smith, LLP and her withdrawal will not cause any delay in the action.

/ / /

/ / /

/ / /

/ / /

/ / /

4834-5924-0776.1                                        2:13-cv-01674-JCM-VCF

Veronica Arechederra Hall will become lead counsel of record for Defendant.

DATED this 12th of May, 2017.

        LEWIS BRISBOIS BISGAARD & SMITH LLP

        By /s/ Veronica Arechederra Hall
        VERONICA ARECHEDERRA HALL, Esq.
        Nevada Bar No. 5855
        E-Mail: Veronica.Hall@lewisbrisbois.com
        CAYLA WITTY
        Nevada Bar No. 12897
        6385 S. Rainbow Boulevard, Suite 600
        Las Vegas, Nevada 89118
        *Attorneys for Defendant Landry's, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-15-2017

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and that on the 12th day of May, 2017, I did cause a true copy of the foregoing **REQUEST FOR LEAVE TO WITHDRAW ATTORNY KRISTOL BRADLEY GINAPP** to be served via the CM/ECF filing system to all parties on the service list:

Joseph A. Gutierrez, Esq.
Luis A. Ayon, Esq.
MAIER GUTIERREZ AYON
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
FAX: 702-629-7925
*Attorneys for Plaintiff*

By /s/ [signature]
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP