1  BRUCE C. YOUNG, NV Bar # 5560
   SCOTT H. BARBAG, NV Bar # 14164
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
3  Las Vegas, Nevada 89118
   702.893.3383
4  FAX: 702.893.3789
   Bruce.young@lewisbrisbois.com
5  Scott.barbag@lewisbrisbois.com
   Attorneys for Defendant Landry's, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alexzandria Collins, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Landry's, Inc., a Delaware corporation,<br><br>　　　　Defendant. | CASE NO. 2:13-cv-01674-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTIONS IN LIMINE AND RESPONSES** |

  Pursuant to Local Rule 16-3(a) of the Rules of this Court, motions in limine for this matter, which is scheduled for trial on August 13, 2018 (ECF No. 70) are due on July 13, 2018. The parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for the parties to submit motions in limine until Friday, July 20, 2018. The parties also requst that the deadline for filing responses to motions in limine be extended to August 3, 2018. The parties are engaged in settlement discussions and believe that they may be able to resolve this matter.

  This Request for extension of the deadlines to file motions in limine and responses to those motions is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of avoiding unnecesary fees and costs associated with trial preparation. The parties are confident that in the event a settlement is not reached before July 20, 2018, the motions in limine and responses will be provided by the requested extended deadlines.

4848-0279-0765.1

WHEREFORE, the parties respectfully request that this Court extend the deadline for the parties to file motions in limine, currently July 13, 2018, up to an including **July 20, 2018**, and the deadline to file responses to any motions in limine, currently July 27, 2018, up to and including **August 3, 2018**.

DATED this 13th day of July, 2018.　　　　　　　DATED this 13th day of July, 2018.

**MAIER GUTIERREZ & ASSOCIATES**　　　　　　**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Joseph A. Gutierrez*　　　　　　　　　　　　/s/ *Bruce C. Young*

JOSEPH A. GUTIERREZ, ESQ.　　　　　　　　　BRUCE C. YOUNG, ESQ.
Nevada Bar No. 9046　　　　　　　　　　　　　Nevada Bar No. 5560
8816 Spanish Ridge Avenue　　　　　　　　　　6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89148　　　　　　　　　　　Las Vegas, Nevada 89118

*Attorneys for Plaintiff Alexzandria Collins*　　　*Attorneys for Defendant Landry's Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 16th day of July, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4848-0279-0765.1　　　　　　　　　2